**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | |
|---|---|
| In re: BALLMANN, ROBIN | § Case No. 10-74089 |
| | § |
| | § |
| Debtor(s) | § |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

   Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that BERNARD J. NATALE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

   Clerk of The U S Bankruptcy Court
   211 South Court Street
   Rockford IL 61101

   Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30am on 04/11/2011 in Courtroom 115, United States Courthouse,
211 South Court Street
Rockford IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Dated:  03/10/2011          By:  /s/BERNARD J. NATALE
                                                                                            Trustee

BERNARD J. NATALE  
6833 STALTER DRIVE  
SUITE 201  
ROCKFORD, IL  61108  
(815) 964-4700  
natalelaw@bjnatalelaw.com

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: BALLMANN, ROBIN § Case No. 10-74089
§
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 7,099.20 |
| *and approved disbursements of* | $ 0.00 |
| *leaving a balance on hand of* [1] | $ 7,099.20 |
| **Balance on hand:** | $ 7,099.20 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 7,099.20 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - BERNARD J. NATALE | 1,459.92 | 0.00 | 1,459.92 |
| Attorney for Trustee, Fees - BERNARD J. NATALE, LTD. | 530.00 | 0.00 | 530.00 |
| Attorney for Trustee, Expenses - BERNARD J. NATALE, LTD. | 6.80 | 0.00 | 6.80 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 1,996.72 |
| Remaining balance: | $ 5,102.48 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:  $         0.00
Remaining balance:  $     5,102.48

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims:  $         0.00
Remaining balance:  $     5,102.48

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 20,267.32 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 25.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Chase Bank USA, N.A. | 19,923.94 | 0.00 | 5,016.03 |
| 2 | Verizon Wireless | 343.38 | 0.00 | 86.45 |

Total to be paid for timely general unsecured claims:  $     5,102.48
Remaining balance:  $         0.00

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $     0.00
Remaining balance: $     0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $     0.00
Remaining balance: $     0.00

Prepared By: /s/BERNARD J. NATALE
Bernard J Natale, Trustee

BERNARD J. NATALE
6833 STALTER DRIVE
SUITE 201
ROCKFORD, IL  61108
(815) 964-4700
natalelaw@bjnatalelaw.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:   Case No. 10-74089-MB
Robin Ballmann   Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-3   User: vgossett   Page 1 of 1   Date Rcvd: Mar 21, 2011
                         Form ID: pdf006   Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 23, 2011.
```
db         +Robin Ballmann,   709 Black Partridge Road,   McHenry, IL 60051-9322
aty        +Bernard J Natale,   Law Office of Bernard J. Natale, Ltd.,   6833 Stalter Drive,   Suite 201,
             Rockford, IL 61108-2582
aty        +James Matthew Allen,   800 E. Northwest Highway,   Suite # 700,   Palatine, IL 60074-6513
aty        +Scott E Hillison,   Bernard J Natale, Ltd,   6833 Stalter Drive,   Suite 201,
             Rockford, IL 61108-2582
tr         +Bernard J Natale,   Bernard J. Natale, Ltd.,   6833 Stalter Drive,   Suite 201,
             Rockford, IL 61108-2582
16389214    Chase Bank USA, N.A.,   PO Box 15145,   Wilmington, DE 19850-5145
16001245   +Chase Finance,   201 N. Walnut Suite 1027,   Wilmington, DE 19801-2920
16001246   +Chase Home,   N54 W 13600 Woodale Rd,   Menomonee Falls, WI 53051-7026
16001247    Chase in c/o,   Zwicker & Associates,   7366 N. Lincoln Avenue #404,   Roselle, IL 60172
16001248   +Chase in c/o,   Codilis & Associates,   15W030 N. Frontage Rd. Suite 100,
             Willowbrook, IL 60527-6921
16001250   +Mitchell A. Krawczyk,   709 Black Partridge Rd.,   McHenry, IL 60051-9322
16001253   +The Palmer Firm PC,   PO Box 5359,   Dallas, TX 75208-9359
16001254   +Verizon Wireless,   in c/o Vantage Sourcing,   PO Box 6786,   Dothan, AL 36302-6786
16001255   +Waste Management Residential,   4836 Brecksville Rd,   Richfield, OH 44286-9177
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
16001249     E-mail/Text: legalcollections@comed.com Mar 21 2011 22:47:43     ComEd,   PO Box 6111,
             Carol Stream, IL 60197-6111
16001251    +E-mail/Text: bankrup@nicor.com Mar 21 2011 22:36:15     Nicor Gas,
             Attention: Bankruptcy Department,   Po Box 190,   Aurora, IL 60507-0190
16001252     E-mail/Text: bankrup@nicor.com Mar 21 2011 22:36:15     Nicor Gas,   PO Box 0632,
             Aurora, IL 60507-0632
16597000     E-mail/PDF: bankruptcyverizonwireless@afninet.com Mar 21 2011 23:58:20     Verizon Wireless,
             PO Box 3397,   Bloomington, IL 61702-3397
                                                                                              TOTAL: 4
```
        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 23, 2011**   **Signature:** *Joseph Speetjens*