# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

In re: BALLMANN, ROBIN  § Case No. 10-74089
§
§
Debtor(s) §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

BERNARD J. NATALE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $183,837.00 *(without deducting any secured claims)* | Assets Exempt: $10,900.00 |
| Total Distribution to Claimants: $5,102.48 | Claims Discharged Without Payment: $17,608.75 |
| Total Expenses of Administration: $1,996.72 | |

3) Total gross receipts of $ 7,099.20 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $7,099.20 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $257,004.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 1,996.72 | 1,996.72 | 1,996.72 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 22,710.29 | 20,267.32 | 20,267.32 | 5,102.48 |
| **TOTAL DISBURSEMENTS** | $279,714.29 | $22,264.04 | $22,264.04 | $7,099.20 |

    4) This case was originally filed under Chapter 7 on August 16, 2010. The case was pending for 9 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/11/2011          By: /s/BERNARD J. NATALE
                                          Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Undisclosed Funds | 1229-000 | 7,099.00 |
| Interest Income | 1270-000 | 0.20 |
| **TOTAL GROSS RECEIPTS** | | **$7,099.20** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 −SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Chase in c/o Codilis & Associates | 4110-000 | 202,382.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase Home | 4110-000 | 37,950.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase Finance | 4110-000 | 16,672.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$257,004.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BERNARD J. NATALE, LTD. | 3120-000 | N/A | 6.80 | 6.80 | 6.80 |
| BERNARD J. NATALE, LTD. | 3110-000 | N/A | 530.00 | 530.00 | 530.00 |

**UST Form 101-7-TDR (10/1/2010)**

| PAYEE | UNIFORM TRAN. CODE | | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| BERNARD J. NATALE | 2100-000 | | N/A | 1,459.92 | 1,459.92 | 1,459.92 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | | N/A | 1,996.72 | 1,996.72 | 1,996.72 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | N/A | 0.00 | 0.00 | 0.00 | 0.00 |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | None | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 0.00 | 0.00 | 0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Chase Bank USA, N.A. | 7100-000 | 19,923.00 | 19,923.94 | 19,923.94 | 5,016.03 |
| 2 | Verizon Wireless | 7100-000 | 343.38 | 343.38 | 343.38 | 86.45 |
| NOTFILED | The Palmer Firm PC | 7100-000 | 2,067.12 | N/A | N/A | 0.00 |
| NOTFILED | Waste Management Residential | 7100-000 | 107.32 | N/A | N/A | 0.00 |
| NOTFILED | Nicor Gas | 7100-000 | 37.54 | N/A | N/A | 0.00 |
| NOTFILED | Nicor Gas | 7100-000 | 15.00 | N/A | N/A | 0.00 |
| NOTFILED | ComEd | 7100-000 | 216.93 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 22,710.29 | 20,267.32 | 20,267.32 | 5,102.48 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-74089  **Trustee:** (330370) BERNARD J. NATALE
**Case Name:** BALLMANN, ROBIN  **Filed (f) or Converted (c):** 08/16/10 (f)
 **§341(a) Meeting Date:** 09/27/10
**Period Ending:** 05/11/11  **Claims Bar Date:** 01/20/11

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1 | 709 Black Partridge Road, McHenry, | 155,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | checking account with Fifth Third Bank acct #723 | 10.00 | 0.00 | DA | 0.00 | FA |
| 3 | Living room set, bedroom set, dinning set, tv, e | 1,200.00 | 0.00 | DA | 0.00 | FA |
| 4 | jewelry | 4,000.00 | 310.00 | DA | 0.00 | FA |
| 5 | 401K pension | 6,000.00 | 0.00 | DA | 0.00 | FA |
| 6 | 1999 Ford Explorer | 900.00 | 0.00 | DA | 0.00 | FA |
| 7 | 2003 Ford F 250 | 16,727.00 | 55.00 | DA | 0.00 | FA |
| 8 | Undisclosed Funds (u) | Unknown | 7,099.00 | | 7,099.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 0.20 | Unknown |
| 9 | Assets Totals (Excluding unknown values) | **$183,837.00** | **$7,464.00** | | **$7,099.20** | **$0.00** |

**Major Activities Affecting Case Closing:**

CLAIMS BAR DATE EXPIRED JAN 2011.  TRUSTEE TO EXAMINE CLAIMS AND FILE OBJECTIONS IF NECESSARY.

**Initial Projected Date Of Final Report (TFR):**    May 1, 2011  **Current Projected Date Of Final Report (TFR):**    May 1, 2011

Printed: 05/11/2011 03:28 PM    V.12.56

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 10-74089  
**Case Name:** BALLMANN, ROBIN  

**Taxpayer ID #:** **-***0026  
**Period Ending:** 05/11/11  

**Trustee:** BERNARD J. NATALE (330370)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******08-65 - Money Market Account  
**Blanket Bond:** $552,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 10/20/10 | {8} | The Palmer Firm PC | Legal Fees turnover for debt collection | 1229-000 | 7,099.00 | | 7,099.00 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 7,099.02 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 7,099.07 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.06 | | 7,099.13 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.06 | | 7,099.19 |
| 02/07/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.01 | | 7,099.20 |
| 02/07/11 | | To Account #9200******0866 | Transfer for Final Report | 9999-000 | | 7,099.20 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 7,099.20 | 7,099.20 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 7,099.20 | |
| | | | **Subtotal** | | 7,099.20 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$7,099.20** | **$0.00** | |

{} Asset reference(s)

Printed: 05/11/2011 03:28 PM    V.12.56

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| Case Number: | 10-74089 | | Trustee: | BERNARD J. NATALE (330370) |
| Case Name: | BALLMANN, ROBIN | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******08-66 - Checking Account |
| Taxpayer ID #: | **-***0026 | | Blanket Bond: | $552,000.00 (per case limit) |
| Period Ending: | 05/11/11 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/07/11 | | From Account #9200******0865 | Transfer for Final Report | 9999-000 | 7,099.20 | | 7,099.20 |
| 04/13/11 | 101 | BERNARD J. NATALE | Dividend paid 100.00% on $1,459.92, Trustee Compensation; Reference: | 2100-000 | | 1,459.92 | 5,639.28 |
| 04/13/11 | 102 | Chase Bank USA, N.A. | Distribution paid 25.17% on $19,923.94; Claim# 1; Filed: $19,923.94; Reference: 2853 | 7100-000 | | 5,016.03 | 623.25 |
| 04/13/11 | 103 | Verizon Wireless | Distribution paid 25.17% on $343.38; Claim# 2; Filed: $343.38; Reference: 0460 | 7100-000 | | 86.45 | 536.80 |
| 04/13/11 | 104 | BERNARD J. NATALE, LTD. | Combined Check for Claims#ATTY,EXP | | | 536.80 | 0.00 |
| | | | Dividend paid 100.00%     530.00<br>on $530.00;  Claim#<br>ATTY; Filed: $530.00 | 3110-000 | | | 0.00 |
| | | | Dividend paid 100.00%     6.80<br>on $6.80;  Claim# EXP;<br>Filed: $6.80 | 3120-000 | | | 0.00 |
| | | | **ACCOUNT TOTALS** | | 7,099.20 | 7,099.20 | $0.00 |
| | | | Less: Bank Transfers | | 7,099.20 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 7,099.20 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$7,099.20** | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **MMA # 9200-******08-65** | 7,099.20 | 0.00 | 0.00 |
| **Checking # 9200-******08-66** | 0.00 | 7,099.20 | 0.00 |
| | **$7,099.20** | **$7,099.20** | **$0.00** |

{} Asset reference(s)   Printed: 05/11/2011 03:28 PM   V.12.56